RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rchonfeld@cslawoffice.net
Attorney for Defendant, Ribal Hajj-Hussein

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RIBAL HAJJ-HUSSEIN, <br><br> Defendant. | CASE NO. 2:22-cr-169-JCM-EJY |

ORDER -                                   <u>**TO CONTINUE APPEARANCE DATE**</u>

**IT IS HEREBY STIPULATED AND AGREED**, by and between **JASON M. FRIERSON**, United States Attorney, by **MINA CHANG**, Assistant United States Attorney, counsel for the United States of America, and **RICHARD A. SCHONFELD, ESQ.**, counsel for Defendant, **RIBAL HAJJ-HUSSEIN**, that the Appearance date in the above-captioned matter, currently scheduled for Thursday, August 11, 2022, at the hour of 3:00 p.m., be vacated and continued to Thursday, August 18, 2022, or a date thereafter.

This stipulation is entered into for the following reasons:

1. Counsel for the Defendant will be out of the jurisdiction in a deposition in *Case No. 19-cv-04355-VM-GWG - SEC v. Collector's Coffee, Inc.*

2. Mina Chang, AUSA has agreed to this request; and

3. The Defendant is out of custody and doesn't object to the continuance.

**DATED** this 4th day of August, 2022.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */s/ Mina Chang* | */s/ Richard A. Schonfeld* |
| **MINA CHANG, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 6815 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Tel.: [702] 388-6336 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Tel.: [702] 384-5563 |
| | Attorney for Defendant, Ribal Hajj-Hussein |

## ORDER

**IT IS THEREFORE ORDERED** that the Appearance date currently scheduled for Thursday, August 11, 2022 at the hour of 3:00 p.m., be vacated and continued to Thursday, August 18, 2022, at 2:30 p.m., Courtrom 3B, before the Honorable Brenda Weksler.

**DATED** this 4th day of August, 2022.

DANIEL J. ALBREGTS
United States Magistrate Judge