UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 222-CR-169 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| RIBAL HAJJ-HUSSEIN, | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Youchah's report and recommendation ("R&R"). (ECF No. 28). After considering the parties' respective arguments, she recommends that defendant Ribal Hajj-Hussein's motion to suppress be GRANTED in part and DENIED without prejudice in part. (ECF No. 24).

The defendant moved this court for an order suppressing the statements he made to law enforcement on March 17, 2021. (ECF No. 24, at 3). The government responded that it did not intend to offer the defendant's statements during its case-in-chief but reserved the right to use them for impeachment purposes. (ECF No. 25). Judge Youchah recommends that the defendant's statements be suppressed during the government's case-in-chief, but denies without prejudice the defendant's request to suppress the statements for impeachment purposes. (ECF No. 28, at 5). Judge Youchah found that the defendant did not properly brief the latter issue. (*Id.*).

No objections were filed to the R&R. Thus, the district court is not obligated to conduct a *de novo* review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he

1  district judge must review the magistrate judge's findings and recommendations de novo if
2  objection is made, but not otherwise.").
3      Accordingly,
4      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Youchah's R&R
5  (ECF No. 28) be, and the same hereby is, ADOPTED, in full.
6      IT IS FURTHER ORDERED that the defendant's motion to suppress (ECF Nos. 24) be,
7  and the same hereby is, GRANTED in part and DENIED without prejudice in part.
8      IT IS FURTHER ORDERED that, in accordance with the R&R, the defendant has until
9  February 28, 2024, to refile his motion to suppress his statements for impeachment purposes.
10     DATED February 23, 2024.

                                                                                                   _____
                                                                        UNITED STATES DISTRICT JUDGE