**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-5563
Fax: (702) 598-1425
rschonfeld@cslawoffice.net
Attorney for Defendant, Ribal Hajj-Hussein

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO: 2:22-cr-00169-JCM-EJY |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO EXTEND DEADLINE TO FILE MOTION |
| ) | TO SUPPRESS STATEMENTS FOR |
| RIBAL HAJJ-HUSSEIN, ) | FOR IMPEACHMENT PURPOSES |
| ) | [2nd REQUEST] |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED and AGREED** by and between Jason M. Frierson, United States Attorney, Mina Chang, Assistant United States Attorney, and Richard A. Schonfeld, Esq., attorney for Defendant, Ribal Hajj-Hussein that Defendant's deadline to file a Motion to Suppress his Statements for Impeachment Purposes shall be extended to April 15, 2024.

This Stipulation is entered into for the following reasons:

1. The parties were in active negotiations and were attempting to resolve the case;

2. The United States Attorney Mina Chang does not object to the requested extension;

3. The additional time requested herein is not sought for purposes of bad faith delay;

4. This is the second request to extend the briefing on Defendant's Motion to Suppress his Statements for Impeachment Purposes.

| | |
|---|---|
| **DATED** this 4th day of April, 2024. | **DATED** this 4th day of April, 2024. |
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| */s/ Mina Chang* | */s/ Richard A. Schonfeld* |
| **JASON M. FRIERSON, USA** | **RICHARD A. SCHONFELD, ESQ.** |
| **MINA CHANG, AUSA** | Nevada Bar No. 6815 |
| 501 Las Vegas Blvd., Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Ribal Hajj-Hussein |

/ / /

**ORDER**

Based on the stipulation of the parties, and with good cause appearing, **IT IS THEREFORE ORDERED** that Defendant shall have to and including April 15, 2024, within which to file his Motion to Suppress his Statements for Impeachment Purposes.

**IT IS SO ORDERED**.

**DATED** April 5, 2024.

                                              **UNITED STATES DISTRICT JUDGE**

Submitted by:

 */s/*   Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-5563
Fax: (702) 598-1425
rschonfeld@cslawoffice.net
Attorney for Defendant, Ribal Hajj-Hussein