RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rschonfeld@cslawoffice.net

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>        **Plaintiff** )<br><br>v. )<br><br>RIBAL HAJJ-HUSSEIN, )<br><br>        **Defendant** )<br><br>_____ ) | CASE NO: 2:22-cr-00169-CDS-ELY<br><br>**Order Approving**<br>**STIPULATION TO PERMIT**<br>**TRAVEL**<br><br>[ECF No. 75] |

**IT IS HEREBY STIPULATED and AGREED** by and between the United States Attorney's Office for the District of Nevada, through Mina Chang, Assistant United States Attorney, and Richard A. Schonfeld, Esq., attorney for Defendant, Ribal Hajj-Hussein that Ribal Hajj-Hussein be permitted to travel as follows:

1.    From July 16, 2026 through July 23, 2026 to Saint Thomas, United States Virgin Islands, for the purposes of his employment.

Government counsel and Defendant's counsel have confirmed the request with Officer Rivera.

**DATED** this 9th day of July, 2026.

| | |
|---|---|
| **UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEVADA** | **CHESNOFF & SCHONFELD** |
| */s/ Mina Chang* | */s/ Richard A. Schonfeld* |
| **MINA CHANG, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Ribal Hajj-Hussein |

**Order**

Based upon the stipulation of counsel, and good cause appearing, it is hereby ordered that defendant Ribal Hajj-Hussein is permitted to travel from July 16, 2026 through July 23, 2026, to Saint Thomas, United States Virgin Islands, for the purposes of his employment.

Hajj-Hussein must provide a final copy of his itinerary to his probation officer before leaving to Saint Thomas, check in with his probation officer within one day of returning from Saint Thomas, and check in as directed by his supervising officer.

No other condition of his probation is modified at this time. Upon his return to Las Vegas, Hajj-Hussein will resume supervision on the same, previously entered conditions of probation. *See* ECF No. 72 at 2–4.

Dated: July 13, 2026

_____
United States District Judge